UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 SEP 18  AM 7: 20
LORETTA G. WHYTE
CLERK

BENJAMIN LEE                              CIVIL ACTION

VERSUS                                    NO. 06-9669

BURL CAIN, WARDEN                         SECTION "F" (3)

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion, Accordingly;

IT IS ORDERED that the federal petition of Benjamin Lee for habeas corpus relief is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 13th Day of September, 2007.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____